It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_/s/ Freda L. Wolfson_
FREDA L. WOLFSON, U.S.D.J.   8-12-19

Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH FERREIRA, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>NATIONAL CREDIT AUDIT CORP.[1] and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case: 3:19-cv-11364-FLW-DEA<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that Plaintiff Joseph Ferreira's claims against Defendant National Credit Audit Corp. are **dismissed with prejudice**. Each party will bear its own costs and fees..

_s/ Ben A. Kaplan_
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff
Dated: August 2, 2019

_s/ Jason A. Spak_
Jason A. Spak, Esq.
FISHERBROYLES LLP
P.O. Box 5262
Pittsburgh, PA 15206
Phone: (412) 230-8555
jason.spak@fisherbroyles.com
Attorneys for Defendant
Dated: August 2, 2019

---

[1] Improperly identified in the Complaint as Resident Data Financial, LLC. National Credit Audit Corp. and Resident Data Financial, LLC were separate entities until December 31, 2007, at which time they merged. National Credit Audit Corp. was the surviving entity under the Articles of Merger.